January 12, 2015

Gary Fitzsimmons
District Clerk
Frank Crowley District Courts
133 N. Riverfront Blvd, LB12
Dallas, TX 75207

c/o Criminal Court of Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

RE: W10-01183-J(D)

MOTION DENIED
DATE: 1/20/15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

Dear Courts,

Since Dallas County never responds to my motions, writs, or petitions, I am mailing a copy of this letter and the attached motion to the Court of Criminal Appeals in Austin. I sat in Dallas County Jail illegally for 34 months, and no one made any attempts in informing me that the Motion for New Trial was GRANTED on January 5, 2011. Appeals counsel Lori Ordiway was hired by my family on February 11, 2011, and she immediately had access to all records for cause Nos. F10-01183, F10-01184 & F08-60213. Mrs. Ordiway came to visit me on several different occasions, and she purposely failed to mention that a Motion for New Trial was GRANTED on January 5, 2011. She also failed to mention that she was a "Special Master", which results in a conflict of interest. I am requesting that this court to respond to the motion that is attached.

Sincerely,

SENRICK WILKERSON

EX PARTE

SENRICK WILKERSON

IN CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

## PETITIONER'S PRO SE MOTION FOR THIS
## COURT TO RESPOND TO QUESTIONS

TO THE JUDGE OF SAID COURT:

COMES NOW, Senrick Wilkerson, the Petitioner in the above and numbered cause and files this motion pro se for this court to respond to the questions below:

1. The Judicial Information for cause Nos. F10-01183 & F10-01184 shows that the arrest date is 12/17/2010, the verdict & sentence date is 12/17/2010. Please explain how the Petitioner was arrested for these cases on 12/17/2010, when the illegal trial began on 12/14/2010?

2. Where are the Arraignment Sheets and the DPS Arrest Records for cause Nos. F10-01183 & F10-01184?

3. Where are the 'complaint' statements, the probable cause statements, and the sworn arrest affidavits for cause Nos. F10-01183 & F10-01184?

4. The Petitioner was in Dallas County Jail, illegally for 34 months. On 12/17/2010, defense counsel Calvin D. Johnson signed and filed a motion for New Trial on cause Nos. F08-60213, F10-01183 & F10-01184, and on January 5, 2011, that motion for New Trial was GRANTED. Why was Petitioner never informed about the GRANTED Motion for New Trial?

5. On 12/3/2010, Judge Gracie G. Lewis signed those invalid PR bonds for cause Nos. F10-01183 & F10-01184, while Petitioner was never once in custody for them, never once arrested for them, and never once arraigned for them. Please explain why Dallas County is showing that Petitioner posted PR bonds on 2/24/2011, for both sex offenses?

6. When did the files from cause Nos. F10-01183 & F10-01184 come up missing?

WHEREFORE, PREMISES CONSIDERED, the Petitioner prays that these questions get answered by written documents, and Petition request for an EVIDENTIARY HEARING be set (7) days prior to receipt of this motion, and that he is 'Bench Warrant' to Dallas County to give his testimonies.

Respectfully submitted,

Senrick Will

SENRICK WILKERSON 1885146 [PRO SE]
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2015, the foregoing Motion for Court to Respond to Questions has been U.S. mailed to: Gary Fitzsimmons District Clerk, 133 N Riverfront Blvd., LB12, Dallas, Tx 75207 & Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, TX 78711.

Senrick Wilk

SENRICK WILKERSON

## ORDER

The above Motion is hereby: (GRANTED) (OVER RULED)

_____
JUDGE